PD-852-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/8/2015 3:28:53 PM
Accepted 1/8/2015 3:30:56 PM
ABEL ACOSTA
CLERK

## PD-0851-14 & PD-0852-14

| | | |
|---|---|---|
| REGINALD NIXON | § | IN THE COURT OF |
| | § | |
| v. | § | CRIMINAL APPEALS |
| | § | |
| STATE OF TEXAS | § | OF TEXAS |

# MOTION FOR LEAVE TO FILE THE APPELLANT'S REPLY BRIEF

**To the Honorable Judges of the Court of Criminal Appeals:**

COMES NOW Reginald Nixon, Appellant, and files this motion for leave to file the Appellant's Reply Brief. In support, the Appellant respectfully shows the Court the following:

## I.

The Reply Brief was filed on the day before it was due – January 7, 2015 – and before the case will be submitted to the Court.

## II.

The Reply Brief raises no new issues, but simply addresses the matters raised in the State's Brief. The State will accordingly not be harmed by the filing of the Reply Brief.

WHEREFORE, the Appellant prays the Court grant him leave to file his Reply Brief.

Respectfully submitted,

/s JOHN BENNETT
John Bennett
Post Office Box 19144
Amarillo, Texas 79114
(806) 282-4455
Fax: (806) 398-1988
State Bar Number 00785691
Email: AppealsAttorney@gmail.com
Attorney for the petitioner

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above Motion has been served on John E. Meskunas, Esq., Tarrant County Assistant Criminal District Attorney, by email to him at ccaappellatealerts@tarrantcounty.com, and on Lisa McMinn, Esq., State Prosecuting Attorney, by email to her at lisa.mcminn@spa.texas.gov, on January 8, 2015.

/s JOHN BENNETT
John Bennett